UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Matthew Paul Nickson,<br><br>     Plaintiff<br><br>v.<br><br>U.S. Department of State,<br>     Defendant | §<br>§<br>§<br>§<br>§     Civil Action No. 4:22-cv-4397<br>§<br>§<br>§ |

**DEFENDANT'S REPLY IN SUPPORT OF MOTION TO DISMISS, OR IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT**

Defendant U.S. Department of State (the "State Department") moved to dismiss this case as moot, because the State Department has responded to Plaintiff's request under the Freedom of Information Act ("FOIA"), rendering this case moot (ECF No. 16). Plaintiff has since moved for leave to file an amended complaint (ECF No. 19). Should leave be granted and an amended complaint filed, the State Department withdraws its Motion to Dismiss. Should leave be denied, the State Department respectfully requests that the Court dismiss this case for the reasons stated in the Motion to Dismiss.

Dated: July 12, 2024

Respectfully Submitted,

ALAMDAR S. HAMDANI

By: */s/ Myra Siddiqui*
Myra Siddiqui
Assistant United States Attorney
Southern District No. 3257790
Texas Bar No. 24106434
1000 Louisiana, Suite 2300
Houston, TX 77002
Tel: (713) 567-9600
Fax: (713) 718-3303
E-mail: myra.siddiqui@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on July 12, 2024, a true and correct copy of the foregoing was served on counsel of record via the Court's CM/ECF system.

/s/ Myra Siddiqui
Myra Siddiqui
Assistant United States Attorney